Magistrate Judge J. Kelley Arnold

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERTO L. PAREDES, a married person,<br><br>Plaintiffs,<br><br>vs.<br><br>ELIASON RANCH TRUCKING, LLC, a Utah Limited Liability Company; ELIASON LOGISTICS, LLC, a Utah Limited Liability Company, DALE BIRD, and "JANE DOE" BIRD, husband and wife and the marital community composed thereof,<br><br>Defendants | NO.   C07-5174JKA<br><br>STIPULATION FOR AND ORDER OF DISMISSAL |

### **STIPULATION**

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed against Defendants Eliason Ranch Trucking LLC, Eliason Logistics, LLC and Dale and Jane Doe Bird, with prejudice and without costs.

DATED this ____ day of October, 2007.

STIPULATION FOR AND ORDER OF
DISMISSAL - 1

jcs/DLH/3501.494

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

Deleted: WILSON SMITH COCHRAN & DICKERSON
Deleted: (206) 623-4100

WILSON SMITH COCHRAN DICKERSON

By _____
    David L. Hennings
    WSBA# 11848
    of Attorney for Defendants


RUSH HANNULA HARKIN & KYLER

By _____
    Michael J. Fisher
    WSBA #32778
    of Attorney for Plaintiff

STIPULATION FOR AND ORDER OF DISMISSAL - 2
jcs/DLH/3501.494

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

**Deleted:** WILSON SMITH COCHRAN & DICKERSON
**Deleted:** (206) 623-4100

## ORDER OF DISMISSAL

Based on the above stipulation, IT IS HEREBY ORDERED that this action is dismissed against Defendants Eliason Ranch Trucking LLC, Eliason Logistics, LLC and Dale and Jane Doe Bird, with prejudice and without costs.

DATED this 22nd day of October, 2007

/s/ J. Kelley Arnold
Magistrate Judge J. Kelley Arnold

Presented by:

WILSON SMITH COCHRAN DICKERSON

By _____
David L. Hennings
WSBA# 11848
of Attorney for Defendants

Approved as to form; notice of presentation waived:

RUSH HANNULA HARKIN & KYLER

By _____
Michael J. Fisher
WSBA #32778
of Attorney for Plaintiff

STIPULATION FOR AND ORDER OF DISMISSAL- 3

jcs/DLH/3501.494

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
1700 FINANCIAL CENTER, 1215 4TH AVENUE
SEATTLE, WASHINGTON 98161-1007
TELEPHONE: (206) 623-4100  FAX: (206) 623-9273

Deleted: WILSON SMITH COCHRAN & DICKERSON
Deleted: (206) 623-4100